IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CAMELIA CHAPA, on behalf of herself and others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 7:16-cv-00608 |
| CENTENE COMPANY OF TEXAS, L.P. *d/b/a* CENTENE – SUPERIOR HEALTH, | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs Camelia Chapa, Raquel Martinez Beltran, Veronica Trevino, Neri Rodriguez, and Leticia Meza (collectively "Plaintiffs") and Defendant Centene Company of Texas, L.P. ("Defendant") by and through counsel and pursuant to Federal Rule of Civil Procedure 41(A) and hereby stipulate to the dismissal of this case in its entirety and with prejudice. Plaintiffs and Defendant further stipulate that all claims asserted in this case against the Defendant are dismissed in their entirety and with prejudice. Plaintiffs and Defendant further stipulate that they shall bear their own costs, expenses and fees including, but not limited to, attorneys' fees. Therefore, the case should be dismissed with prejudice, with each party bearing its own costs, expenses and fees, including, but not limited to, attorneys' fees.

Dated: June 5, 2018

Respectfully Submitted,

By: */s/ Salvador Davila*
**Allan G. King** (Attorney-in-Charge)
Texas Bar No. 11433200
Federal I.D. No. 13373
**Salvador Davila**
Texas State Bar No. 24065119
Federal I.D. No. 1419035

**LITTLER MENDELSON, PC**
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250
512.982.7248 - facsimile
agking@littler.com
sdavila@littler.com


By: */s/ Breanne Sheetz Martell*
**Douglas E. Smith**
*Pro Hac Vice*
Washington State Bar No. 17319
desmith@littler.com
**Breanne Sheetz Martell**
*Pro Hac Vice*
Washington State Bar No. 39632
bsmartell@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: (206) 623-3300
Facsimile: (206)447-6965
**ATTORNEYS FOR DEFENDANT**

Respectfully Submitted,

By: */s/Michael K. Burke (w/ permission)*
Michael K. Burke (Attorney-in-charge)
Texas Bar No. 24012359
Federal I.D. No. 24356

**LAW OFFICES OF MICHAEL M. GUERRA, BURKE & KHIRALLAH, LP**
3900 N. 10th Street, Suite 850
McAllen, Texas 78501
956.682.5999
888.317.8802 - facsimile
mburke@mmguerra.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2018, I electronically filed this document with the clerk of court for the U.S. District Court, Southern District of Texas, using the Electronic Case Filing System of the Court. The Electronic Case Filing System sent a "Notice of Electronic Filing" to all counsel of record, consenting in writing to accept service of this document by electronic means.

  Michael K. Burke
  LAW OFFICES OF MICHAEL M. GUERRA
   BURKE & KHIRALLAH, LLP
  3900 N. 10th Street, Suite 850
  McAllen, Texas  78501
  mburke@mmguerra.com

  Ryan C. Solis
  LAW OFFICE OF RYAN C. SOLIS, PLLC
  3900 N. 10th Street
  McAllen, Texas  78501
  ryan@solislaw.com

              */s/ Salvador Davila*
              Salvador Davila